IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 20-15-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| DEMETRIUS DAMON HITE, | |
| Defendant. | |

Counsel for Defendant Demetrius Damon Hite, having filed an Unopposed Motion to Vacate Detention Hearing, and good cause appearing therefore:

The motion is GRANTED. The detention hearing set for May 21, 2020, at 3:00 p.m. is VACATED.

DATED this 21st day of May, 2020.

KATHLEEN L. DESOTO
UNITED STATES MAGISTRATE JUDGE

1